MINNIE MONCHECK, Respondent, v. HARRY GROWMAN and MORRIS
TOBACK, Appellants.— Motion granted, with ten dollars costs.  No opposi-
tion.  Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. MC-
CARTHY, Appellant.— Motion granted.  No opposition.  Present — Black-
mar, P. J., Mills, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ROMAN-
ELLI, Appellant.— The motion for reargument is denied.  The questions of
law involved may be reviewed by the Court of Appeals under section 519 of
the Code of Criminal Procedure.  Present — Blackmar, P. J., Mills, Put-
nam, Kelly and Manning, JJ.

JOHN WINFIELD SCOTT, Respondent, v. CHARLES D. BARRY and Others,
Copartners, etc., Appellants.— Motion to resettle order granted, without
costs.  Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

AKRON TIRE COMPANY, INC., Appellant, v. WILLIAM H. BATCHELLER
and Others, Respondents.— Judgment unanimously affirmed, with costs.
No opinion.  This court makes the additional finding that the plaintiff
corporation is estopped in equity and good conscience on the facts as found
from denying liability on its notes.  Present — Blackmar, P. J., Mills,
Putnam, Kelly and Manning, JJ.  Settle order before Mr. Justice Manning.

ALFRED BURKE, Respondent, v. MORRIS DLUGASCH, Appellant, and
CHARLES H. LOUIS, Defendant.— Appeal dismissed on consent in open court,
without costs.  Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

CLARRY LUMBER COMPANY, INC., Respondent, v. JAMES J. O'BRIEN,
Appellant.— Appeal dismissed, with ten dollars costs and disbursements.
No opinion.  Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

SOPHIE GREENBLATT, Respondent, v. ROBERT A. GREENBLATT, Appellant.
— In view of the fact that the answer contains an allegation of the wife's
adultery, we affirm the order in so far as it awards counsel fee; except for
that allegation we would deem fifty dollars an adequate counsel fee.  Order
modified by striking out the provision for alimony.  As thus modified the
order is affirmed, with ten dollars costs and disbursements.  Blackmar, P. J.,
Mills, Rich, Jaycox and Manning, JJ., concur.

MARIAN HACKETT, Appellant, v. RICHARD RAVENHALL, Respondent.—
Judgment unanimously affirmed, with costs.  No opinion.  Present —
Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM
SHANLEY, Appellant.— Judgment of conviction of the County Court of
Richmond county reversed, and a new trial ordered, on the ground that
the evidence was insufficient.  Putnam, Kelly and Jaycox, JJ., concur;
Blackmar, P. J., and Rich, J., dissent and vote to affirm.

FRANK P. BARTLEY, Respondent, v. MERRILL W. TILDEN and Others,
Defendants, Impleaded with GEORGE T. O'BRIEN, Appellant.— Order
affirmed, with ten dollars costs and disbursements.  No opinion.  Blackmar,
P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.